James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN SANFILIPPO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGE THERAPEUTICS, INC., BRIAN A. LEUTHNER, and ANDREW SAIK,<br><br>Defendants. | Case No.: 2:18-cv-08236-JLL-JAD<br><br>**LEAD PLAINTIFFS'<br>NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Sam Kirkpatrick and Amos Bakouple ("Lead Plaintiffs") hereby voluntarily dismiss this action, without prejudice, as to all Defendants (Edge Therapeutics, Inc., Brian A. Leuthner, and Andrew Saik). As grounds therefore, Lead Plaintiffs state: (1) Defendants have not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated: February 14, 2019

Respectfully Submitted,

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**

By: */s/ James E. Cecchi*

James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

- and -

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Lead Counsel for Lead Plaintiffs*

SO ORDERED: [signature]
DATED: 2/19/19